IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:21-cr-00090-LG-RPM

ROHAN NICOLAS STEPHENS

ORDER GRANTING MOTION TO DISMISS
THE INDICTMENT AND CASE AGAINST ROHAN NICOLAS STEPHENS

On Motion for Leave of Court to Dismiss the Indictment and Case [33] of the United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss with prejudice the indictment and case in Criminal No. 1:21-cr-00090-LG-RPM, against the defendant ROHAN NICOLAS STEPHENS, the Defendant having pleaded guilty and having been sentenced to a felony information in Criminal No. 1:22-cr-00032-LG-RPM, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Indictment and case in in Criminal No. 1:21-cr-00090-LG-RPM against the defendant, ROHAN NICOLAS STEPHENS, is hereby dismissed with prejudice. The Clerk is directed to provide a copy of this order to the U.S. Marshals Service, U.S. Attorney's Office and U.S. Probation.

This the 18th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE